IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE L. BARNES, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:13-CV-01184-NJR-DGW |
| MICHAEL PEEBLES, UNKNOWN OFFICERS, | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

On November 18, 2013, Plaintiff George L. Barnes filed a civil rights complaint pursuant to 42 U.S.C. § 1983 alleging harassment, the use of excessive force, and police brutality by public officials with the city of Centralia, Illinois. The case comes before the Court on a Report and Recommendation entered on July 16, 2014, by Magistrate Judge Donald G. Wilkerson (Doc. 32). In the Report and Recommendation, Magistrate Judge Wilkerson recommends that the Court dismiss the case without prejudice for failure to pay the initial partial filing fee as ordered by District Judge J. Phil Gilbert (*id.*).

The parties were informed that their deadline for objecting to the Report and Recommendation was August 4, 2014—a date that has come and gone. Because no party has filed an objection, the undersigned need not undertake *de novo* review. 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions

of the report or specified proposed findings or recommendations *to which objection is made*.") (emphasis added). *See also Thomas v. Arn*, 474 U.S. 140 (1985); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986). "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson*, 170 F.3d at 739 (citations omitted).

Finding no clear error, the undersigned **ADOPTS** Magistrate Judge Wilkerson's Report & Recommendation (Doc. 32) in its entirety, and the remainder of this case is **DISMISSED without prejudice**. The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

DATED: August 8, 2014

*s/ Nancy J. Rosenstengel*
**NANCY J. ROSENSTENGEL**
**United States District Judge**